# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI

SHUPING "GRACE" SHEN,

        Plaintiff,

v.

AVIATION TECHNICAL SERVICES, INC.,

        Defendant.

Case No.: 5:20-cv-006175-GAF

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree to the voluntary dismissal of this action with prejudice, with all parties to bear their own costs and attorney's fees.

Dated: April 16, 2021

| HODES LAW FIRM, LLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| By: _/s/ Garrett Hodes_____ <br> Garrett M. Hodes - Mo. Bar. #50221 <br> 6 Victory Lane, Suite 6 <br> Liberty, Missouri 64068 <br> (816) 222-4338 (Phone) <br> (816) 931-1718 (Fax) <br> garrett@hodeslawfirm.com <br><br> ATTORNEY FOR PLAINTIFF | By: ___/s/ Shelley Ericsson_____ <br> Shelley I. Ericsson Mo. Bar. #48047 <br> AnnRene Coughlin Mo. Bar. #67962 <br> 4520 Main Street, Suite 400 <br> Kansas City, Missouri 64111 <br> 816.471.1301 (Phone) <br> 816.471.1303 (Fax) <br> shelley.ericsson@ogletree.com <br> annrene.coughlin@ogletree.com <br><br> ATTORNEYS FOR DEFENDANT |

## CERTIFICATE OF SERVICE

It is hereby certified that on April 16, 2021 that I electronically filed this document through the Court's Electronic Filing System which will send a notice of electronic filing to all counsel of record.

_____
Attorney for Plaintiffs